

CLERK'S OFFICE
A TRUE COPY
Sep 30, 2024
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>The person of Anthony D. Taylor<br>(DOB: xx/xx/1979) | )<br>)<br>)  Case No. **24-M-503 (SCD)**<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Easterm____ District of ____Wisconsin____
*(identify the person or describe the property to be searched and give its location)*:

The person of Anthony D. Taylor (DOB xx/xx/1979)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Saliva and cells to be taken via buccal swab.

**YOU ARE COMMANDED** to execute this warrant on or before ____10-13-24____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Honorable Stephen C. Dries____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ____9-30-24. 1:10 pm____     *Stephen C. Dries*
                                                    *Judge's signature*

City and state:     Milwaukee, WI             Honorable Stephen C. Dries, U.S. Magistrate Judge
                                              *Printed name and title*

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

## *Person to be searched*

The person to be searched is Anthony D. Taylor (DOB: xx/xx/1979).

## **ATTACHMENT B**

*Property to be seized*

The property to be seized is saliva containing epithelial cells by buccal swab.

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



In the Matter of the Search of  )
*(Briefly describe the property to be searched or identify the person by name and address)*  )
)
The person of Anthony D. Taylor  )
(DOB: xx/xx/1979)  )

Case No. **24-M-503 (SCD)**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The person of Anthony D. Taylor (DOB xx/xx/1979)

located in the __Eastern__ District of __Wisconsin__, there is now concealed *(identify the person or describe the property to be seized)*:

Saliva and cells to be taken via buccal swab.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, Section 922(g)(1) | Felon in Possession of a Firearm |

The application is based on these facts:
See attached Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

MATTHEW MASON  
Digitally signed by MATTHEW MASON  
Date: 2024.09.27 09:12:43 -05'00'

*Applicant's signature*

Special Agent Matthew Mason, ATF

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date: 9-30-24

*Judge's signature*

City and state: Milwaukee, WI — Hon. Stephen C. Dries, U.S. Magistrate Judge

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# APPLICATIONS FOR SEARCH WARRANTS

I, Matthew Mason, being duly sworn, hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant under Rule 41 of the Federal Rules of Criminal Procedure to collect oral (a.k.a. "buccal") swabs of deoxyribonucleic acid ("DNA") from saliva containing epithelial cells from Anthony D. Taylor (DOB: xx/xx/1979), who is presently located in the Eastern District of Wisconsin.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). I have been so employed since September 2015. My duties as a Special Agent with ATF include investigating alleged of the federal firearms and explosives statutes. Prior to my employment with ATF, I was a sworn Police Officer with the Calumet City Illinois Police Department from 2003 until 2015.

3. Currently, I am assigned to the United States Marshal Service ("USMS") Great Lakes Regional Fugitive Task Force ("GLRFTF"). As a task force officer for USMS, I investigate and attempt to locate and arrest subjects with outstanding felony arrest warrants. Also, if evidence is located during fugitive operations, I further investigate any violations of state and federal firearms laws.

4. During my career in law enforcement, I have investigated cases involving firearms and narcotic offenses. I have received training in the investigation of firearm violations, and I work alongside several senior ATF agents who have worked extensive criminal firearm investigations in the past. During my experience, I have been involved in investigations where DNA analysis provided evidence of crimes and of a particular person's participation in a crime, including the possession of controlled substances, firearms, ammunition, and firearms accessories.

5. The facts contained in this affidavit are known to me through my personal knowledge, training, and experience, through information provided to me by others, and through information provided to me by other law enforcement officers and my review of official law enforcement records and reports which I consider to be truthful and reliable.

6. Because this affidavit is submitted for the limited purpose of securing a search warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are essential to establish probable cause. Based on the investigation to date, there is probable cause to believe that Anthony Taylor was a felon in possession of a firearm on or about July 24, 2024, in violation of Title 18, United States Code, Section 922(g)(1).

**PROBABLE CAUSE**

6. Taylor is prohibited by federal law from possessing firearms and ammunition because of his prior felony convictions. Most recently, Taylor was convicted in federal court in the Eastern District of Wisconsin on July 14, 2021, for felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1). Prior to that, he was convicted in Milwaukee County in 2016 for being a felon in possession of a firearm in case number 16CF4629; in 2014, for vehicle operator fell/elude officer in case number 14CF5448; in 2008, for manufacture/deliver cocaine and bail jumping in case number 08CF761; and in 2007, for possession within intent to deliver cocaine and vehicle operator flee/elude officer in case number 07CF3911.

7. On July 1, 2024, Anthony Taylor was scheduled to appear before Chief United States Judge Pamela Pepper for a revocation hearing in case number 19-CR-148. Taylor did not appear for that hearing, so Chief Judge Pepper issued a bench warrant for Taylor's arrest.

8. On July 24, 2024, I was working with the United States Marshal Service's ("USMS") Great Lakes Regional Fugitive Task Force ("GLRFTF") to execute the arrest warrant of Taylor. A deputy United States Marshal had contact with Taylor's federal probation officer,

2

who told him that Taylor listed his address as 2446 North 49th Street in Milwaukee, Wisconsin. The probation officer said that Taylor lived at that address with Qiyanna Bankhead.

9. A deputy United States Marshal reviewed Bankhead's Facebook account, on which she posted multiple videos at the address of 2446 North 49th Street in Milwaukee, Wisconsin. On the videos, the deputy United States Marshal saw Taylor on those videos at that residence.

10. On July 19, 2024, a deputy United States Marshal conducted surveillance at 2446 North 49th Street and saw Taylor standing in the front yard and entering the residence through the front door.

11. On July 24, 2024, I was with the GLRFTF to execute the arrest warrant of Taylor at 2446 North 49th Street. When we arrived, Bankhead exited a minivan that was parked on the street in front of the residence. She said that 2446 North 49th Street was her residence, and she said that Taylor was at the residence when she left earlier that morning.

12. Members of the GLRFTF knocked and announced their presence, and one deputy United States Marshal heard movement inside the residence as if someone was running up or down the stairs. Shortly thereafter, members of the GLRFTF entered the residence and began searching for Taylor.

13. During the search of the residence, I entered the bedroom on the first floor with two other law enforcement officers to look for Taylor. We lifted a bed inside the bedroom to see whether Taylor was hiding underneath it. When we lifted the bed, we saw a handgun in plain view that was underneath the bed.

14. Eventually, members of the GLRFTF found Taylor in the basement lying down behind the staircase. Taylor complied with commands to stand up and put his hands behind his back, and he was placed under arrest.

15. Taylor was placed in a law enforcement vehicle, and while being transported to the federal courthouse in Milwaukee, he asked the two deputy United States Marshals in the vehicle that someone get his car keys from his bedroom and give them to Bankhead. The bedroom that Taylor described was the same room where the firearm was located.

16. In addition, after Taylor was arrested, I interviewed Bankhead. She said that Taylor was her husband that that Taylor had been living with her since his release from prison. She said that Taylor had told her that the police were coming and that he knew there was a warrant for his arrest. She said that the room she shared with Taylor was on the first floor, which was the same room that the firearm was found and recovered. She said that she did not own a firearm, and she did not know of any firearms within the residence.

17. I told Bankhead that a firearm was observed under a bed and asked for consent to search the residence. She provided consent to search her residence.

18. After Bankhead consented to the search of the residence, law enforcement seized a Smith & Wesson SD40 VE .40 caliber semi-automatic pistol with a silver slide and a black frame. The firearm had a magazine inserted that contained 12 rounds of ammunition and 1 round of ammunition in the chamber. Smith and Wesson does not manufacture any firearms in Wisconsin.

19. DNA swabs were taken from the Smith & Wesson pistol referenced above.

20. Based on my training and experience, I know that taking a buccal swab from a person can be readily accomplished for the purpose of forensic comparison with DNA obtained from seized evidence, including firearms and ammunition. If this search warrant is authorized, a case agent trained in collecting and preserving DNA buccal swabs will obtain such samples from Taylor. Agents will then submit such samples to federal, state, and/or contracted/designated laboratories to process, analyze, and scientifically compare such samples with any DNA profiles

obtained from the evidence recovered during this investigation. There is probable cause to believe that such a comparison will constitute material evidence.

## CONCLUSION

21. Based upon the aforementioned, I request that this Court issue the applied-for warrant to obtain buccal swabs from Anthony Taylor for subsequent testing and examination.

# ATTACHMENT A

## *Person to be searched*

The person to be searched is Anthony D. Taylor (DOB: xx/xx/1979).

# **ATTACHMENT B**

## *Property to be seized*

The property to be seized is saliva containing epithelial cells by buccal swab.